No. 97–9207. SWOFFORD v. SCILLIA, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 97–9210. RIPPO v. NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 97–9211. ROSELLE v. DEPARTMENT OF THE INTERIOR. C. A. 9th Cir. Certiorari denied.

No. 97–9212. O'ROURKE v. FLORIDA. Dist. Ct. App. Fla., 5th Dist. Certiorari denied.

No. 97–9215. PROWELL v. INDIANA. Sup. Ct. Ind. Certiorari denied.

No. 97–9216. PINCKNEY v. STINSON, SUPERINTENDENT, GREAT MEADOW CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 97–9219. WEATHERSPOON v. HERMAN, SECRETARY OF LABOR. C. A. 7th Cir. Certiorari denied.

No. 97–9222. SOWERS v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 97–9224. VARNADO v. CAIN, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 97–9225. BALTIN ET UX. v. ALARON TRADING CORP. C. A. 11th Cir. Certiorari denied.

No. 97–9226. RALEIGH v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 97–9227. SAN MARTIN v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 97–9228. MURRAY v. ALFORD, WARDEN. Sup. Ct. Fla. Certiorari denied.

No. 97–9229. MILLER-JACKSON v. MEAD CORP. ET AL.;
No. 97–9318. SMITH v. MEAD CORP. ET AL.; and
No. 97–9346. HOLCOMB v. MEAD CORP. ET AL. C. A. 4th Cir. Certiorari denied. Reported below: 139 F. 3d 891.